## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2023-CU-1342

Kristin Deleo

- - Versus - -

Lindsey Marie Nicolini

21st Judicial District Court
Case #: 20220001866
Tangipahoa Parish

On Application for Rehearing filed on 09/04/2024 by Lindsey Marie Nicolini

Rehearing _Denied_

McClendon, J. would grant for the sole
purpose of having the matter
heard en banc.

Stromberg, J. Dissents and would
Grant.

_____
John Michael Guidry

_____
Page McClendon

_____
Jewel E."Duke" Welch Jr.

_____
Elizabeth Wolfe

_____
Katherine Tess Stromberg

Date    OCT 1 1 2024

_____
Rodd Naquin, Clerk